```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 21761
   LEROY PICKETT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-9919


----------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 11/19/2007 and was not confirmed.

     The case was dismissed without confirmation 02/04/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------
CHASE MANHATTAN MTG CORP  CURRENT MORTG        .00           .00            .00
CHASE MANHATTAN MTG CORP  MORTGAGE ARRE        .00           .00            .00
HSBC MORTGAGE             CURRENT MORTG        .00           .00            .00
HSBC MORTGAGE             MORTGAGE ARRE    1000.00           .00            .00
CAPITAL ONE               UNSECURED         423.06           .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00            .00
FIRST PREMIER BANK        UNSECURED       NOT FILED          .00            .00
FIRST PREMIER BANK        UNSECURED       NOT FILED          .00            .00
NCO FINANCIAL SYSTEM      UNSECURED       NOT FILED          .00            .00
OSI COLLECTION SERVICES   UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         873.77           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED          .00            .00
US BANK NATIONAL          NOTICE ONLY     NOT FILED          .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY      3,123.00                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                         379.00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                  RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE            379.00

PRIORITY                                    .00
SECURED                                     .00
UNSECURED                                   .00
ADMINISTRATIVE                              .00
TRUSTEE COMPENSATION                        .00
DEBTOR REFUND                            379.00
                  --------------        --------------
TOTALS             379.00                379.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 21761 LEROY PICKETT

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE